# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RONALD W. WHITAKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TENNESSEE VALLEY AUTHORITY ) <br> BOARD OF DIRECTORS, ) <br> ) <br> Defendant. ) | Case No. 3:08-1225 <br> Judge Echols |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant Tennessee Valley Authority Board of Directors' Motion for Summary Judgment (Docket Entry No. 8) is hereby GRANTED and Plaintiff Ronald W. Whitaker's Complaint is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE